ACCEPTED
06-14-00130-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
1/5/2015 11:24:06 AM
DEBBIE AUTREY
CLERK

**ORAL ARGUMENT WAIVED**

CAUSE NO. 06-14-00130-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

1/5/2015 11:24:06 AM

DEBBIE AUTREY
Clerk

_____

ALVIN PETER HENRY, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

_____

ON APPEAL FROM THE 6TH JUDICIAL DISTRICT COURT
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 25589; HONORABLE BILL HARRIS, JUDGE

_____

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

_____

Gary D. Young, County and District Attorney
Lamar County and District Attorney's Office
Lamar County Courthouse
119 North Main
Paris, Texas     75460
(903) 737-2470
(903) 737-2455 (fax)

**ATTORNEYS FOR THE STATE OF TEXAS**

1

CAUSE NO. 06-14-00130-CR

IN THE

COURT OF APPEALS

SIXTH APPELLATE DISTRICT OF TEXAS AT TEXARKANA

———————————————————————————————————

ALVIN PETER HENRY, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

———————————————————————————————————

ON APPEAL FROM THE 6TH JUDICIAL DISTRICT COURT
LAMAR COUNTY, TEXAS
TRIAL COURT NO. 25589; HONORABLE BILL HARRIS, JUDGE

———————————————————————————————————

# APPELLEE'S (STATE'S) MOTION TO EXTEND TIME FOR FILING BRIEF

———————————————————————————————————

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the State of Texas, by and through Gary D. Young, the elected County and District Attorney of Lamar County, Texas and the Lamar County and District Attorney's Office, respectfully submits this Motion to Extend Time to File Brief under Tex. R. App. P. 10 and 38. The State of

2

Texas moves this Court pursuant to the Texas Rules of Appellate Procedure for an extension of time in which to file the Appellee's (State's) Brief upon good cause shown below.

## I.

On or about December 5, 2014, the appellant filed his brief in the above-styled and numbered appellate cause. The appellee's (State's) brief was due on or before Monday, January 15, 2015. The State's first motion seeks an additional thirty (30) days in which to file its brief.

## II.

This is an appeal from the 6th Judicial District Court of Lamar County, Texas. The cause number in the 6th Judicial District Court was 25589.

## III.

The appellant, Alvin Peter Henry, Jr., (Henry) filed a notice of appeal on or about July 15, 2014 in this Court. The District Clerk of Lamar County filed the Clerk's Record on or about August 15, 2014. The official court reporter filed the Reporter's Record on or about October 2, 2014 along with the exhibits on or about October 6, 2014.

On or about October 30, 2014, the appellant, Henry, filed a motion for extension of time to file his brief, which this Court granted. On or about December 15th, the appellant filed his brief.

IV.

The present deadline for filing the appellee's (State's) brief was Monday, January 5, 2015. This Court has not granted a previous extension to the appellee (State) in the above-styled and numbered appellate cause.

Since the filing of appellant's brief, counsel for the appellee (State) was preparing for a jury trial in cause number 25603 styled *The State of Texas v. Curtis Anderson*, but the defendant entered a plea on the day of trial. On December 2nd, counsel for the appellee (State) was preparing for a jury trial in cause numbers 25572 and 25618--both styled *The State of Texas v. Jacoby Hildreth*, but the trial court continued these cause numbers. On December 3rd, counsel for the appellee (State) was a speaker at the Elected Prosecutors' seminar in Austin, and was out of the office from December 3rd through December 5th.

The Christmas holidays fell on December 24-25, and the Lamar County and District Attorney's office was closed. The New Year's Day holiday fell on January 1, 2015, and the Lamar County and District Attorney's office was also closed.

In addition to the criminal dockets above, counsel for the appellee (State) was preparing a brief in cause number 06-13-00110-CR styled *Michael Earitt White v. The State of Texas*; in the Sixth Judicial District

4

Court of Appeals at Texarkana (which was also due on January 5, 2015). Further, counsel for the appellee (State) was preparing the appellee's (State's) brief in cause number 06-14-00053-CV styled *In the Matter of D.B.* in the Sixth Judicial District Court of Appeals at Texarkana. The appellee's (State's) brief was filed prior to the brief in *White*.

Due to these circumstances, Appellee's attorney is unable to complete the intensive research necessary to prepare the brief in this appellate cause, thus necessitating this request for an extension of time. Insufficient time now remains to complete Appellee's Brief, but, if the time is extended another thirty (30) days to Friday, February 6, 2015, the State will have sufficient time for completion with the time as extended.

V.

The purpose of this motion is not for delay, but so that justice may be had by all parties. Appellee requests that an extension of time until Friday, February 6, 2015 be granted for the filing of Appellee's Brief, or until such time as this Court deems appropriate.

WHEREFORE PREMISES CONSIDERED, the State of Texas prays that upon final submission of this motion to this Court's motion docket, this Court grant the State's Motion to Extend Time to File Its Brief in its entirety and grant the State of Texas an additional thirty (30) days in which to file its

brief on or before Friday, February 6, 2015, or until such time as this Court deems appropriate; and for such other and further relief, both at law and in equity, to which it may be justly and legally entitled.

Respectfully submitted,

Gary D. Young
Lamar County & District Attorney
Lamar County Courthouse
119 North Main
Paris, Texas   75460
(903) 737-2470
(903) 737-2455 (fax)

By:_____
Gary D. Young, County Attorney
SBN# 00785298

**ATTORNEYS FOR STATE OF TEXAS**

**VERIFICATION**

STATE OF TEXAS          §
                        §
COUNTY OF LAMAR   §

BEFORE ME, the undersigned authority, on this day personally appeared Gary D. Young, who after being duly sworn stated:

I am the attorney representing the Appellee in the above-styled and numbered appellate cause.  I have read the foregoing First Motion to Extend Time to File Appellee's Brief and the facts and allegations contained are known to me and they are true and correct to the best of my knowledge.

_____
Gary D. Young

6

SUBSCRIBED AND SWORN TO BEFORE ME on the 5th day of January, 2015, to certify which witness my hand and official seal.



_Pam Bull_
_____
Notary Public, State of Texas

## **CERTIFICATE OF SERVICE**

This is to certify that in accordance with Tex. R. App. P. 9.5, a true copy of the "Appellee's (State's) Motion to Extend Time for Filing Brief has been served on the 5th day of January, 2015 upon the following:

Gary L. Waite
Attorney at Law
104 Lamar Avenue
Paris, TX    75460

_____
GARY D. YOUNG